STATE OF LOUISIANA

VERSUS

TERRY HARRIS

NO. 23-KH-304

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

July 12, 2023

Linda Wiseman
First Deputy Clerk

**CONFIDENTIAL**
LSA-RS 46:1844(W)
ATTORNEYS OF RECORD
ONLY

---

**IN RE** TERRY HARRIS

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NANCY A. MILLER, DIVISION "I", NUMBER 04-6108

---

Panel composed of Judges Stephen J. Windhorst,
Cornelius E. Regan, Pro Tempore, and Jason Verdigets, Pro Tempore

**WRIT GRANTED**

In this *pro se* writ application seeking mandamus relief, relator, Terry Harris, asserts that he has never received a copy of the trial court's December 2022 ruling denying his application for post-conviction relief. Relator states that he needs a copy of this ruling in order to seek supervisory review in this Court.

On November 17, 2022, relator filed an APCR with the trial court in which he raised a claim of factual innocence. On December 5, 2022, the trial court found no merit to relator's claim and denied relief. The trial court's December 5, 2022 ruling indicates that the service address for relator was the Louisiana State Penitentiary. The official record contains a copy of the ruling with a return stamp and notation stating: "Subject is not at Louisiana State Penitentiary. Subject is at Rayburn Correctional Center." Additionally, the envelope containing relator's writ application bears a stamp from the Rayburn Correctional Center.

The record does not indicate that relator was ever served with a copy of the December 5, 2022 ruling at his correct address. Accordingly, we grant relator's request for mandamus relief and order the trial court to properly serve relator with its December 5, 2022 Order at the B.B. Rayburn Correctional Center, 27268 LA-21, Angie, LA 70426.

Gretna, Louisiana, this 12th day of July, 2023.

**CER**
**SJW**
**JMV**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
CORNELIUS E. REGAN, PRO TEM

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **07/12/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-KH-304**

**E-NOTIFIED**
24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

**MAILED**
Terry Harris #433105 (Relator)
Rayburn Correctional Center
27268 Highway 21
Angie, LA 70426